IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:12-CR-14-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ORDER GRANTING JOINT |
| | ) MOTION TO ACCEPT AND |
| V. | ) APPROVE COMMENCEMENT OF |
| | ) DEFERRED PROSECUTION |
| | ) AGREEMENT |
| ACADEMI, LLC | ) |
| f/k/a "XE SERVICES, LLC" | ) |
| f/k/a "BLACKWATER WORLDWIDE" | ) |

On August 7, 2012, the parties appeared before this Court and moved the Court to review and approve the Deferred Prosecution Agreement entered into by the parties in connection with the charges brought forth in the Bill of Information. Prior to that hearing, the Court reviewed the Bill of Information and the Deferred Prosecution Agreement. At the hearing, the Court considered the arguments of the parties.

At the conclusion of the hearing the Court orally approved the Agreement and the terms and conditions set forth therein. By this Order the Court memorializes its decision approving the Order. The Court further orders that so long as the Agreement remains in effect, and consistent with the terms of the Agreement, the time period of fulfilment of the Agreement should be excluded from any calculation of speedy trial under Title 18, United States Code, Section § 3161(h)(2) and (h)(7).

So ORDERED this the 10th day of August, 2012.

_____
LOUISE W. FLANAGAN
United States District Court Judge