UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-CR-14-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ACADEMI, LLC | ) | |

This matter is before the Court upon the United States' motion under Fed. R. Crim P. 48(a) to dismiss the Criminal Information filed against Defendant Academi, LLC on June 21, 2012.

On August 10, 2012, following a hearing, the Court entered an order approving the Deferred Prosecution Agreement (DPA) between the parties, which by its terms remained in effect for 36 months and has now expired.

The government represents that Academi has fully complied with the terms of the DPA. Accordingly, for good cause shown, the motion to dismiss is hereby GRANTED, and the Criminal Information is hereby dismissed with prejudice.

SO ORDERED.

This the 11th day of September, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge